# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PAMELA D. DESKINS,

                Petitioner,

                v.

STATE OF WASHINGTON FOR STEVENS COUNTY DISTRICT COURT,

                Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-291-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Denying Petition for Writ of Mandamus and Denying Application to Proceed In Forma Pauperis (Ct. Rec. 8), Petitioner's Petition for Writ of Mandamus is denied.

| | |
|---|---|
| 9/14/2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |